# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>ALICIA CARDENAS, in her individual and representative capacity as trustee of the Alicia Cardenas 2014 Revocable Trust;<br>ALICIA CARDENAS; and Does 1-10,<br><br>　　　Defendants | **Case No.**: 2:15-cv-00297-MCE-CKD<br><br>ORDER EXTENDING DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |

In accordance with the parties' stipulation to extend the deadline for filing dispositional documents in this matter by 30 days, and good cause appearing, the new deadline to file those documents will be January 19, 2017.

IT IS SO ORDERED.

Dated: January 10, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE