UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>v.<br><br>ALICIA CARDENAS, in her individual and representative capacity as trustee of the Alicia Cardenas 2014 Revocable Trust; ALICIA CARDENAS; and Does 1-10,<br><br>   Defendants. | Case: 2:15-cv-00297-MCE-CKD<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties stipulation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: January 31, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE